# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STEFFON GRAVES (#2200000328)

VERSUS

UNKNOWN DAY, ET AL.

CIVIL ACTION

24-279-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated November 17, 2025, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that all federal claims brought by Plaintiff Steffon Graves in this case are dismissed with prejudice under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Court declines to exercise supplemental jurisdiction over potential state law claims; and that this case shall be closed.

Signed in Baton Rouge, Louisiana, on this ___4___ day of December, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.