UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEFFON GRAVES (#2200000328)

VERSUS

UNKNOWN DAY, ET AL.

CIVIL ACTION

24-279-SDD-SDJ

## JUDGMENT OF DISMISSAL

For the reasons outlined in this Court's *Ruling* adopting the *Report and Recommendations* of the Magistrate Judge in the captioned matter;

**IT IS ORDERED** that that all federal claims brought by Plaintiff Steffon Graves in this case are dismissed with prejudice under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Court declines to exercise supplemental jurisdiction over potential state law claims; and that this case shall be closed.

Baton Rouge, Louisiana, this 4 day of December, 2025.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA